# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Braceton Ray Snowten          Docket No. 7:20-CR-211-1-D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Travis J. Glabman, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Braceton Ray Snowten, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 17th day of March, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 17, 2021 the defendant was released to pretrial supervision, with conditions, including participating in Stand Alone GPS location monitoring. At this time the defendant has been compliant with his conditions of release and has complied with all requirements of the location monitoring program. Therefore, it is respectfully recommended that the conditions requiring the defendant to participate in Stand Alone GPS location monitoring be stricken and the defendant be permitted to continue pretrial supervision with all other conditions as originally imposed. The U.S. Attorney's Office does not object to the proposed modifications.

**PRAYING THAT THE COURT WILL ORDER**

- The defendant is no longer required participate in the Stand Alone GPS location monitoring program. The location monitoring technology may be removed from the defendant's person and continue on pretrial supervision without the condition of Stand Alone GPS location monitoring.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Travis J. Glabman
Travis J. Glabman
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 919-679-2052
Executed On: December 15, 2021

Braceton Ray Snowten
Docket No. 7:20-CR-211-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the __16__ day of __December__, 2021, and ordered filed and made part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
U.S. District Judge