# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.    Crim. No. 7:20-CR-211-1D

BRACETON RAY SNOWTEN

On February 14, 2023, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Timothy L. Gupton  
> Timothy L. Gupton  
> Senior U.S. Probation Officer  
> 310 New Bern Avenue, Room 610  
> Raleigh, NC 27601-1441  
> Phone: 919-861-8686  
> Executed On: July 18, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __18__ day of __July__, 2025.

James C. Dever III  
U.S. District Judge